Fourth Court of Appeals
 San Antonio, Texas
 
 JUDGMENT
 
 No. 04-15-00573-CR
 
 Dominic Stefan ANDERSON,
 Appellant
 
 v.
 
 The STATE of Texas,
 Appellee
 
 From the 25th Judicial District Court, Guadalupe County, Texas
 Trial Court No. 14-2309-CR-A
 The Honorable William Old, Judge Presiding

 BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA
 
 In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

 SIGNED July 13, 2016.

2971800-17907000_____________________________
Sandee Bryan Marion, Chief Justice